UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAM DONAGHE,

               Plaintiff,

v.

DORIAN DIAZ, et al.,

               Defendants.

CASE NO. C16-5123 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted.

Dated this 5th day of October, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER